| PROB 12A (Rev. 09/19) | **SUPERVISION REPORT** (INFORMATION) | **U. S. Pretrial Services and Probation Office** Northern District of Ohio | | PACTS 6850423 | DATE 11/21/2023 |
|---|---|---|---|---|---|
| **NAME** ACKERMAN, Michael Waldron | | **OFFICER** Kristine Lorentz | **JUDGE** BARKER | | **DOCKET #** 1:22CR00347 |

| ORIGINAL SENTENCE DATE 02/15/2022 COMMENCED 02/15/2022 EXPIRATION 02/14/2027 | SUPERVISION TYPE Probation | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 28 | PHOTO |
|---|---|---|---|---|

**REPORT PURPOSE**

**JUDICIAL RESPONSE REQUESTED**

**RECOMMENDATION**

**ABATE BY DEATH**

**ORIGINAL OFFENSE**

Count 1: Wire Fraud, a violation of 18 U.S.C. § 1343, a Class C felony.

**SENTENCE DISPOSITION**

Probation for a term of 60 months.

Name of Sentencing Judicial Officer: Honorable Laura Taylor Swain on October 24, 2022, in the Southern District of New York. Jurisdiction accepted by the Honorable BARKER on July 1, 2022.

**ORIGINAL SPECIAL CONDITIONS**

1. Restitution ($31,661,835)
2. Permitted to travel to Madison, Wisconsin for organ transplant
3. Location Monitoring Program for 12 months (completed)
4. Provide financial information
5. No new credit
6. Mental health treatment
7. Search/Seizure
8. Supervised by district of residence

This report has been prepared to advise the Court that Mr. Ackerman passed away on November 2, 2023, from heart, kidney, and liver failure.

Mr. Ackerman entered hospice on November 1, 2023 and passed away on November 2, 2023, after a long

| PROB 12A (Rev. 09/19) | **SUPERVISION REPORT** (INFORMATION) | **U. S. Pretrial Services and Probation Office** Northern District of Ohio | PACTS 6850423 | DATE 11/21/2023 |
|---|---|---|---|---|
| NAME ACKERMAN, Michael Waldron | OFFICER Kristine Lorentz | JUDGE BARKER | | DOCKET # 1:22CR00347 |

term illness related to renal failure.

The following summarizes the offender's response to supervision and his/her activities.

**Employment Stability:** Mr. Ackerman was receiving Social Security Disability.

**Residential Stability:**  Mr. Ackerman moved from his long-term residence on September 20, 2023, after the residence was seized as part of his Judgement and Commitment order in this case.  He and his wife moved to 2363 Dover Center Road, Westlake, Ohio 44145.  A home inspection was conducted on September 23, 2023.  At the time of his death, Mr. Ackerman had moved to the Hospice of Western Reserve located in Westlake, Ohio.

**Restitution:** Mr. Ackerman made monthly payments until his disability was garnished.  His monthly garnishment amount was $250 per month.  A total amount of restitution paid is not currently known because these amounts are not reflected by the Northern District of Ohio Clerk's office.  The garnishment amount was verified by this officer on several occasions by paystub.

**PROBATION OFFICER COMMENTS/PLAN OF INTERVENTION**

Mr. Ackerman's term of probation was set to expire on February 14, 2027.  The exact amount of restitution balance is currently unknown due to his disability checks being garnished.  This officer has contacted the financial litigation unit to inform them of his death.  This officer respectfully recommends Mr. Ackerman's remaining term of probation be abated by death.  A copy of the death certificate has been included with this report.

| PROBATION OFFICER Kristine M. Lorentz 216-357-7309  *Kristine Lorentz* | |
|---|---|
| SUPERVISING PROBATION OFFICER **David A. Filippi, Jr.** 216-357-7318  *David A. Filippi, Jr.* | PROBATION ROUTING Data Entry |

| PROB 12A (Rev. 09/19) | **SUPERVISION REPORT** (INFORMATION) | U. S. Pretrial Services and Probation Office **Northern District of Ohio** | PACTS 6850423 | DATE 11/21/2023 |
|---|---|---|---|---|
| NAME ACKERMAN, Michael Waldron | OFFICER Kristine Lorentz | JUDGE BARKER | | DOCKET # 1:22CR00347 |

***Judicial Response is necessary.***

☒  Abate by Death

☐  The Request is Denied

*Pamela A. Barker*
United States District Judge

11/22/2023
Date